# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5400**                                    **September Term, 2025**

1:22-cv-00478-TJK

Filed On: November 10, 2025 [2144550]

Mark Moyar,

      Appellant

    v.

United States Department of Defense and
United States Agency for International
Development,

      Appellees

## O R D E R

The notice of appeal was filed on November 8, 2025, and docketed in this court on November 10, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 10, 2025 |
| Docketing Statement Form | December 10, 2025 |
| Entry of Appearance Form (Attorneys Only) | December 10, 2025 |
| Procedural Motions, if any | December 10, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | December 10, 2025 |
| Statement of Issues to be Raised | December 10, 2025 |
| Transcript Status Report | December 10, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | December 10, 2025 |
| Dispositive Motions, if any | December 26, 2025 |

It is

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5400**                                            **September Term, 2025**

        **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 10, 2025 |
| Entry of Appearance Form (Attorneys Only) | December 10, 2025 |
| Procedural Motions, if any | December 10, 2025 |
| Dispositive Motions, if any | December 26, 2025 |

It is

        **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

        **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                       **FOR THE COURT:**
                                                       Clifton B. Cislak, Clerk

                              BY:     /s/
                                             Emily K. Campbell
                                             Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

        <u>Civil Docketing Statement Form</u>
        <u>Entry of Appearance Form</u>
        <u>Transcript Status Report Form</u>
        <u>Request to Enter Appellate Mediation Program (Optional)</u>
        <u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
        <u>Stipulation to be Placed in Stand-By Pool of Cases (Optional)</u>