# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Case No. 25-5400 |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| *et al.*, | * | |
| | * | |
| Appellees. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION TO HOLD APPEAL IN ABEYANCE

Appellant Mark Moyar ("Moyar") and Appellees Department of Defense and United States Agency for International Development, by and through undersigned counsel, hereby request that this Court hold this appeal in abeyance to allow the parties to pursue alternative dispute resolution with the assistance of the Circuit Mediation Program.

The parties have agreed to enter into the mediation program and believe that there exists a significant enough chance that they will be able to resolve this dispute without further litigation to warrant this request. They therefore request that the Court stay all deadlines in this case and order them to provide a status report on the progress of mediation within ninety days, on or before 10 March 2026.

Date: December 10, 2025

Respectfully submitted,


JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

/s/ Sian Jones
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2578
sian.jones@usdoj.gov

*Attorneys for the United States of
America*

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing filing contains 276 words, and was prepared in 14-point Times New Roman font using Microsoft Word 365.

<u>/s/ Kelly B. McClanahan</u>
Kelly B. McClanahan, Esq.