UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARK MOYAR, | \* |
| Appellant, | \* |
| v. | \* Case No. 25-5400 |
| DEPARTMENT OF DEFENSE, *et al.*, | \* |
| Appellees. | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Appellant Mark Moyar, by and through undersigned counsel, hereby responds to the Court's Order dated 10 November 2023 as follows: Appellant does not intend to utilize a deferred joint appendix.

Date: December 10, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*