# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 25-5400**　　　　　　　　　　　　　　　　**September Term, 2025**

**1:22-cv-00478-TJK**

**Filed On: December 15, 2025** [2150514]

Mark Moyar,

      Appellant

    v.

United States Department of Defense and
United States Agency for International
Development,

      Appellees

## O R D E R

Upon consideration of the joint motion to hold appeal in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case by March 10, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
      Catherine J. Lavender
      Deputy Clerk