UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5400
(Civ. A. No. 22-0478)

MARK MOYAR,                                                                                          Appellant,

v.

UNITED STATES DEPARTMENT
OF DEFENSE, et al.,                                                                                  Appellees.

### JOINT MOTION TO GOVERN FUTURE PROCEEDINGS

Pursuant to this Court's Order of December 12, 2025, Appellant Mark Moyar and Appellees the United States Department of Defense, and the United States Agency for International Development, by and through undersigned counsel, respectfully file this motion to govern future proceedings.

The Parties hereby request that this Court continue to hold this appeal in abeyance to allow the parties to pursue alternative dispute resolution with the assistance of the Circuit Mediation Program. Since the Court's Order of December 12, 2025, the Parties have been conferring through the Circuit Mediation Program, and believe that they would benefit from having additional time to negotiate through mediation. The Parties therefore request that the Court continue to stay all deadlines in

this case and order them to provide a status report on the progress of mediation within sixty days, on or before June 3, 2026.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
Kel@NationalSecurityLaw.org

*Counsel for Appellant*


JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

/s/ Sian Jones
SIAN JONES
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2578
sian.jones@usdoj.gov

*Attorneys for the United States of America*

Dated: March 10, 2026

- 2 -