# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5400**                                    **September Term, 2025**

**1:22-cv-00478-TJK**

**Filed On: March 17, 2026** [2164135]

Mark Moyar,

       Appellant

    v.

United States Department of Defense and
United States Agency for International
Development,

       Appellees

## O R D E R

Upon consideration of the joint motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by June 3, 2026.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
Catherine J. Lavender
Deputy Clerk