# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5400**

**September Term, 2025**

**1:22-cv-00478-TJK**

**Filed On: June 8, 2026** [2177560]

Mark Moyar,

      Appellant

  v.

United States Department of Defense and
United States Agency for International
Development,

      Appellees

## **O R D E R**

Upon consideration of appellees' unopposed motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by August 3, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Catherine J. Lavender
Deputy Clerk