UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5400
(Civ. A. No. 22-0478)

MARK MOYAR,                                                        Appellant,

v.

UNITED STATES DEPARTMENT
OF DEFENSE, et al.,                                                 Appellees.

## UNOPPOSED MOTION TO GOVERN FUTURE PROCEEDINGS

Pursuant to this Court's Order of June 8, 2026, Appellees the United States Department of Defense, and the United States Agency for International Development, by and through undersigned counsel, respectfully file this motion to govern future proceedings. Counsel for Appellees has conferred with counsel for Appellant Mark Moyar and understands that Moyar concurs with Appellees' proposal.

Appellees hereby request that this Court continue to hold this appeal in abeyance to allow the Parties to pursue alternative dispute resolution with the assistance of the Circuit Mediation Program. Since the Court's Order of June 8, 2026, the Parties have been conferring through the Circuit Mediation Program, including holding a video mediation session on June 17, 2026. The Parties have reaffirmed

through the mediator that they believe that they would benefit from having additional time to negotiate through mediation.    Appellees therefore request that the Court continue to stay all deadlines in this case and order them to provide a status report on the progress of mediation within sixty days, on or before October 2, 2026.

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Sian Jones*

SIAN JONES
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2578
sian.jones@usdoj.gov

*Attorneys for the United States of America*

Dated:  August 3, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that foregoing complies with Federal Rule of Appellate Procedure 27(d)(2), in that it contains 172 words, is in fourteen-point font and utilizes Century Schoolbook typeface.

*/s/ Sian Jones*

SIAN JONES
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that today, August 3, 2026, the foregoing has been served on the appellant through the Court's CM/ECF system.

*/s/ Sian Jones*

SIAN JONES
Assistant United States Attorney