# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5400**

**September Term, 2025**

**1:22-cv-00478-TJK**

**Filed On: August 7, 2026** [2187138]

Mark Moyar,

       Appellant

    v.

United States Department of Defense and
United States Agency for International
Development,

       Appellees

## O R D E R

Upon consideration of the unopposed motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by October 2, 2026.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

           BY:    /s/
                    Catherine J. Lavender
                    Deputy Clerk