ORAL ARGUMENT NOT SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARK MOYAR,<br>Plaintiff-Appellant,<br>v.<br>U.S. DEPARTMENT OF DEFENSE, et al.,<br>Defendants-Appellees. | No. 25-5400<br>(No. 22-cv-0478) |

**MOTION TO GOVERN FUTURE PROCEEDINGS**

Pursuant to this Court's Order of August 7, 2026, Appellees the United States Department of Defense, and the United States Agency for International Development, by and through undersigned counsel, respectfully file this motion to govern future proceedings.

Appellees represent that the mediation process closed today, and Appellees anticipate moving for a briefing schedule to address the merits of the pending appeal in this case. Appellees have attempted to confer with counsel for the Appellant about a proposed schedule but have yet to receive a response. Appellees hereby request that this Court continue to hold this appeal in abeyance to allow the Parties to confer regarding a proposed briefing schedule. Appellees therefore request that the Court continue to stay all deadlines in this case and order them to provide a

status report on the progress of that proposed briefing schedule on or before October 16, 2026.

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Johnny Walker*
JOHNNY H. WALKER, III
Assistant United States Attorney

*/s/ Devin Iorio*
DEVIN IORIO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-0840
devin.iorio@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF COMPLIANCE**

The foregoing complies with Federal Rule of Appellate Procedure 27(d), in that it contains 145 words, is in fourteen-point font, and utilizes Century Schoolbook typeface.

*/s/ Johnny Walker*
JOHNNY H. WALKER, III
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Today, October 2, 2026, the foregoing was served on the appellant through the Court's CM/ECF system.

*/s/ Johnny Walker*
JOHNNY H. WALKER, III
Assistant United States Attorney