# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5400** **September Term, 2026**

**1:22-cv-00478-TJK**

**Filed On: October 14, 2026** **[2198149]**

Mark Moyar,

Appellant

v.

United States Department of Defense and United States Agency for International Development,

Appellees

**O R D E R**

Upon consideration of appellees' motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by October 16, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk