# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5400** **September Term, 2026**

**1:22-cv-00478-TJK**

**Filed On: October 20, 2026** **[2199135]**

Mark Moyar,

Appellant

v.

United States Department of Defense and United States Agency for International Development,

Appellees

## ORDER

Upon consideration of the joint motion to govern future proceedings, it is

**ORDERED** that this case be returned to the court's active docket. Appellant is directed to file the proposed motion to resolve a preliminary controversy by December 15, 2026. Appellee's response to the motion is due 30 days after the motion is filed, and appellant's reply in support of the motion is due 21 days after the response is filed.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk